MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ELISE BECKER
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-00434 RMW |
|           Plaintiff, ) | |
|    v. ) | **ANCILLARY PROCEEDING** |
| N'GUESSAN YAO AND MICHAEL ) BARRY SHOR, ) | |
|           Defendants. ) | STIPULATION AND ORDER RE: SCHEDULING |
| REPUBLIC OF THE COTE D'IVOIRE, ) | |
|           Petitioner. ) | |

1   The United States and the petitioner, the Republic of the Cote d'Ivoire, through their respective undersigned counsel, agree, subject to the Court's approval, that the Court re-schedule the case management conference in this case to a telephone case management conference on December 21, 2012 for reasons that follow.  Unless the CMC is rescheduled, it is currently set for December 14, 2012.

The reason for the request is that the undersigned Assistant United States Attorney who is primarily responsible for handling the ancillary proceeding will be out of town on the east coast on December 13, 14 and 17, 2012 and is not available.  The undersigned counsel for petitioner Cote d'Ivoire, who is in Detroit, Michigan, has no objection to the re-scheduling request, providing that the matter can be rescheduled for a telephone conference on December 21, 2012.  Although counsel for petitioner cannot appear in person on December 21, 2012 because of another matter in Detroit, he anticipates that matter will be completed by 9:00 a.m. PST and he can be available thereafter.[1]

The parties agree that a telephone conference on December 21, 2012 would be the most efficient and economical way of proceeding with this case. Fed. R. Civ. P. 1.  Counsel can be reached at the telephone numbers of record in this case, or the undersigned Assistant United States Attorney can set up the conference call at the appointed time.

IT IS SO STIPULATED:                         MELINDA HAAG
                                             United States Attorney

Dated: December  5 , 2012                           /s/
                                             PATRICIA J. KENNEY
                                             Assistant United States Attorney
                                             Attorneys for the United States

                                             SOHOU LAW

Dated: December  5 , 2012                           /s/[2]
                                             GUY SOHOU
                                             Admitted *Pro Hac Vice* as the
                                             Attorney for the Republic of Cote d'Ivoire

---

[1] If the Court considers rescheduling on a date other than December 21, 2012, counsel for petitioner notes that he is unavailable from December 27, 2012 through January 27, 2013, and that his next available date is Friday, February 8, 2013.

[2] Mr. Sohou authorized filing this document by email.

Stip & Order Re: Scheduling
No. 10-CR-00434 RMW                    2

1  PURSUANT TO THE FOREGOING STIPULATION, IT IS BY THE COURT ON THIS  12
2  DAY OF 2012, ORDERED THAT THE CASE MANAGEMENT CONFERENCE SHALL TAKE
3  PLACE BY TELEPHONE ON DECEMBER 21, 2012 WITH COUNSEL STANDING BY FOR
4  THE TELEPHONE CONFERENCE BEGINNING AT  9:00  A.M. UNTIL SUCH TIME AS
5  THE CLERK REACHES THEM.

Dated: 12/12/12

/s/ Ronald M. Whyte

HONORABLE RONALD R. WHITE

[highlighted text illegible]

Stip & Order Re: Scheduling
No. 10-CR-00434 RMW                    3