1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  ELISE BECKER
   PATRICIA J. KENNEY (CSBN 130238)
5  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: 415.436.6857
7       Facsimile:  415.436.6748

8  Attorneys for the United States of America

9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. 10-CR-00434 RMW
                                    )
15                    Plaintiff,    )
                                    )
16         v.                       )   **ANCILLARY PROCEEDING**
                                    )
17 N'GUESSAN YAO AND MICHAEL        )
   BARRY SHOR,                      )
18                                  )   STIPULATION AND ORDER
                      Defendants.   )   RE: SCHEDULING
19 _____  )
                                    )
20 REPUBLIC OF THE COTE D'IVOIRE,   )
                                    )
21                    Petitioner.   )
                                    )
22

1  The United States and the petitioner, the Republic of the Cote d'Ivoire, through their undersigned counsel, agree, subject to the Court's approval, that the Court re-schedule the deadlines for filing motions as set forth below, and also extend the deadline of the United States to file responses and objections to discovery which the Cote d'Ivoire recently served on the United States, as explained below.

In the December 12, 2012 Joint Case Management Statement, the parties agreed that no discovery was necessary for the resolution of the following motions which the parties agreed to file in accordance with the following schedule:

| | |
|---|---|
| 2/22/13 | petitioner Cote d'Ivoire's motion for the release of funds due to be filed; |
| 3/22/13 | the United States opposition and cross motion for partial summary judgment due to be filed; |
| 4/5/13 | petitioner reply and opposition to cross motion due to be filed; |
| 4/19/13 | the United States reply due to be filed; |
| 5/3/13 | hearing on the motions at 9:00 a.m. |

*See* Joint Case Management Statement ("JCMS"), filed December 12, 2012. The Court entered the parties' schedule as an order. *See* Criminal Minute Order, filed December 21, 2012.

On February 4, 2013, the Cote d'Ivoire served interrogatories, document requests and requests for admissions on the United States by mail. If such discovery were authorized, the United States's responses would be due on or before March 11, 2013.

On February 19, 2013, counsel for the Cote d'Ivoire requested the United States to agree to additional time for the filing of his motion for release of funds which would result in a new briefing schedule:

| | |
|---|---|
| 3/15/13 | petitioner Cote d'Ivoire's motion for the release of funds due to be filed; |
| 4/12/13 | the United States opposition and cross motion for partial summary judgment due to be filed; |
| 4/26/13 | petitioner reply and opposition to cross motion due to be filed; |
| 5/10/13 | the United States reply due to be filed; |
| 5/31/13 | hearing on the motions at 9:00 a.m.[1] |

The United States has no objection to extending the briefing time for petitioner Cote d'Ivoire, providing that the Cote d'Ivoire also agrees to extend the deadline for responding and objecting its

---

[1] Because the undersigned AUSA will be out of the country from May 17 through May 24, 2013, a hearing on May 31, 2013 is suggested.

Stip & Order Re: Scheduling
No. 10-CR-00434 RMW                               2

1  discovery requests by 30 days, to and including April 10, 2013. The Cote d'Ivoire has no objection
2  to extending the time for the United States to respond and object to all of its pending discovery
3  requests to and including April 10, 2013.

4

5  IT IS SO STIPULATED:                    MELINDA HAAG
6                                          United States Attorney

7  Dated: February 19, 2013                /s/ Patricia J. Kenney
                                           PATRICIA J. KENNEY
8                                          Assistant United States Attorney
                                           Attorneys for the United States
9
                                           SOHOU LAW
10 Dated: February 19, 2013

11                                         GUY SOHOU
                                           Admitted *Pro Hac Vice* as the
12                                         Attorney for the Republic of Cote d'Ivoire

13

14 PURSUANT TO THE FOREGOING STIPULATION, IT IS BY THE COURT ON THIS Fi

15 DAY OF T æ&@ , 2013, ORDERED THAT THE PARTIES SHALL FILE THEIR BRIEFS IN

16 ACCORDANCE WITH THE EXTENDED BRIEFING SCHEDULE SET FORTH ABOVE, AND

17 THAT THE UNITED STATES HAS UNTIL APRIL 10, 2011, TO RESPOND AND OBJECT TO

18 THE COTE D'IVOIRE'S PENDING DISCOVERY REQUESTS.

19
20                                         *Ronald M. Whyte*
21                                         HONORABLE RONALD R. WHYTE

22
23
24
25
26
27
28

Stip & Order Re: Scheduling
No. 10-CR-00434 RMW                       3