MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY  (CABN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415.436.6857
Facsimile:  415.436.7234
Email:  patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>N'GUESSEN YAO AND MICHAEL SHOR,<br><br>Defendants.<br>_____<br><br>COTE D'IVOIRE,<br><br>Petitioner. | No. 10-CR-00434 RMW<br><br>ANCILLARY PROCEEDING<br><br>STIPULATION RE: TRANSCRIPT OF SUMMARY JUDGMENT PROCEEDING IN DISTRICT COURT |

On June 23, 2014, appellant petitioner the Republic of the Cote d'Ivoire ("Cote d'Ivoire") filed a motion to correct the transcript of the summary judgment hearing. *See* Appellant's Motion for Correction of Record, filed June 23, 2014. Initially, the court reporter provided a transcript with certification. *Id.,* Exhibit 1. After counsel for the Cote d'Ivoire suggested changes, the court reporter provided another transcript without certification. *Id.,* Exhibit 3. Unable to obtain additional changes, the Cote d'Ivoire filed a motion for additional changes to Exhibit 3.

To resolve the Cote d'Ivoire's motion without further litigation, the parties agree to the following changes to Exhibit 3 to the Cote d'Ivoire's motion which is the transcript the court reporter provided to counsel for the Cote d'Ivoire by email on or about May 23, 2014:

1. Page 2, line 23: Change "the non moving party evidence" to "the non-moving party's evidence";

2. Page 4, line 13: Change "government file" to "government's file";

3. Page 6, line 13: Change "accounts" to "account";

4. Page 6, line 20: Change the word " Antigua" to "Republic of";

5. Page 8, line 10: Take out ". That";

6. Page 8, line 11: Change "all the sudden" to "all of a sudden";

7. Page 8, line 11: Change "there" to "this";

8. Page 8, line 12: Take out the "." at the end of that line after the word "dismiss";

9. Page 8, line 13: Change "," to "." before the words "It's not.";

10. Page 8, line 25: Change "Well, there was in" to "He says, well there was a";

11. Page 9, line 17: Change the word "minster" to "minister";

12. Page 9, line 21: Change the word "minster" to "minister";

13. Page 9, line 24: Change "is no longer empowered. And is sufficiently corrupt, that is being charged before an international court" to "is no longer empowered, and is sufficiently corrupt, that it is being charged before an international court";

14. Page 10, line 1: Change the word "minster" to "minister" ;

15. Page 11, line 11: Change the word "minster" to "minister";

16. Page 11, lines 24-25: Change "it was not that it was ultra vires" to "it was ultra vires";

17. Page 12, line 3: Change the word "minster" to "minister";

18. Page 12, line 4:  Change the word "minster" to "minister";

19. Page 13, line 18:  Change the word "undermind" to "undermine"; and

20. Page 14, line 21:  Change the word "not" to "note".

In stipulating to the above changes, the parties submit that there are additional transcription errors which are difficult to correct because of the passage of time.

IT IS SO STIPULATED:

Dated: July _2_, 2014

MELINDA HAAG
United States Attorney

ELISE BECKER
PATRICIA J. KENNEY
Assistant United States Attorneys
Attorneys for the United States

SOHOU LAW

Dated: July 02nd, 2014

GUY SOHOU
Admitted *Pro Hac Vice* as the
Attorney for the Republic of Cote d'Ivoire

IT IS SO ORDERED ON THIS ___FE OF JULY, 2014.

HONORABLE RONALD M. WHYTE
United States District Judge